UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

STEPHEN POSNER,

        Plaintiff,

  v.                                    **Civil Action No. 14-CV-415C**

RIEXINGER AND ASSOCIATES, LLC,

        Defendant.
_____

## **NOTICE OF VOLUNTARY DISMISSAL**

    **PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Stephen Posner, hereby voluntarily dismisses this action against Defendant, Riexinger and Associates, LLC, with prejudice.

DATED:  April 24, 2015

/s/ Seth J. Andrews_____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller, PLLC
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884